UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-85 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERTO VAZQUEZ-CARRERA,<br>Defendant. | RELEASE OF MONETARY IMPOSITION |

The defendant is deceased and the defendant's liability for monetary imposition in the above-entitled action has, accordingly, ceased pursuant to 18 U.S.C. § 3613(b).

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may release and cancel the monetary judgment of record.

Dated: June 15, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for the Plaintiff